[No. 12188-0-I. Division One. April 22, 1985.]

ARNOLD HERGENRAEDER, ET AL, *Appellants*, v. CHARLES FREDERICK KAUFFMAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King

County, No. 81–2–04046–2, Horton Smith, J., entered August 5, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Scholfield, A.C.J., and Swanson, J.